IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

GIBSON INC., a Delaware corporation,   )
                                 )
        Plaintiff,                 )
                                 )  Case No. 1:25-cv-06542-LDH-JAM
vs.                            )
                                 )
DIMARZIO, INC, a New York corporation,   )
                                 )
    and                   )
                                 )
DOES 1 through 10,           )
                                 )
        Defendants.        )
                                 )

## JOINT STATUS REPORT

In accordance with the Court's February 17, 2026 minute entry, Plaintiff Gibson, Inc. ("Plaintiff") and Defendant DiMarzio, Inc. ("Defendant") hereby submit this joint status report outlining the status of discovery:

**I.     Discovery Parties have already completed.**

As of the filing of this Joint Status Report, the Parties have worked cooperatively in moving forward with discovery and do not have any outstanding discovery disputes. Plaintiff has served its initial document production. The Parties have exchanged requests for admissions, demands for answers to interrogatories and demand for production of documents. Defendant has provided a response to Plaintiff's First Set of Requests For Admissions, answers to Plaintiff's First Set of Interrogatories and a response Plaintiff's First Set of Demands for Production.

The Parties agreed to and filed for entry of a confidentiality order, and the Parties appreciate the Court's quick granting of the same. [*See* Dkt. No. 46; *see also* Court's granting of Confidentiality Order at Dkt. No. 46.]

The Parties have scheduled two depositions each.

## II.     Discovery Parties need to complete.

Plaintiff will timely serve its answers to Defendant's First Set of Interrogatories and a response to Defendant's First Set of Demands for Production today. The Parties will continue exchanging discovery requests, responses, and documents in accordance with the Court's deadlines and the Federal Rules of Civil Procedure.

The Parties will need to schedule additional fact witness depositions, disclose and exchange expert reports, depose experts, and possibly depose third-party witnesses.  At this time, the Parties do not foresee any circumstances that would require any extension or amendment of the scheduling order to complete these tasks within the Court's deadlines.

## III.     Settlement Negotiations.

The Parties have not engaged in settlement negotiations since filing the February 17, 2026 Joint Status Report.

Respectfully submitted this 23d day of March 2026.

| **PLAINTIFF GIBSON, INC.** | **DEFENDANT DIMARZIO, INC.** |
|---|---|
| /s/ Andrea E. Bates/ | /s/ Ronald S. Bienstock |
| Andrea E. Bates | Ronald S. Bienstock |
| *Pro Hac Vice* | Mark S. Hanna |
| Elizabeth Andujar | Zachary E. Klein |
| *Pro Hac Vice* | FOX ROTHSCHILD LLP |
| BATES & BATES LLC | 49 Market Street |
| 1890 Marietta Boulevard NW | Morristown, New Jersey 07960 |
| Atlanta, Georgia 30318 | Phone: 973-992-4800 |
| Phone: (404) 228-7439 | Fax: 973-992-9125 |
| Email: abates@bates-bates.com | Email: mhanna@foxrothschild.com |
| Email: eandujar@bates-bates.com | Email: rbienstock@foxrothschild.com |
| | Email: zklein@foxrothschild.com |
| Stephen D. Howen | |
| *Pro Hac Vice* | ATTORNEYS FOR DEFENDANT, |
| State Bar. No. 10117800 | DiMARZIO, INC. |
| LAW OFFICES OF STEVE HOWEN | |
| 7111 Bosque Boulevard, Suite 305 | |
| Waco, Texas 76710 | |
| Phone: (254) 826-6526 | |

Email: steve@stevehowenlegal.com

Elliot D. Ostrove
EPSTEIN OSTROVE LLC
200 Metroplex Drive, Suite 304
Edison, New Jersey 08817
Phone: (732) 820-7761
Email: e.ostrove@epsetinostrove.com

*ATTORNEYS FOR PLAINTIFF,*
*GIBSON BRANDS, INC.*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing document was

served on all counsel of record via this Court's CM/ECF electronic filing system on March 23, 2026.

/s/ Andrea E. Bates/
Andrea E. Bates